UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-215-TSZ |
| Plaintiff, | |
| v. | |
| TROY R. JOHNSON, | **PROTECTIVE ORDER RESTRAINING TWO FIREARMS AND TWO SUMS OF CURRENCY** |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Protective Order, docket no. 34, Seeking to Restrain Certain Forfeitable Property ("Motion"), as follows:

1.  One Kel-Tec Model P-32 .32 auto caliber pistol, serial number 06231, and all associated ammunition, seized from the Defendant's residence in Snohomish, Washington on August 24, 2017;

2.  One Savage Arms Model 73 .22 caliber short barrel rifle, serial number C625355, and all associated ammunition, seized from the Defendant's residence in Snohomish, Washington on August 24, 2017;

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. $33,138 in U.S. currency, seized from the Defendant's residence in Snohomish, Washington on August 24, 2017; and,

4. $15,100 in U.S. currency, seized from Jon Young in Seattle, Washington on August 30, 2017.

The Court, having reviewed the United States' Motion and the supporting Affidavit of Drug Enforcement Administration Special Agent Geoff Provenzale, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a protective order restraining this property is appropriate because:

- The United States gave notice of its intent to pursue forfeiture of this property in its Indictment and Forfeiture Bills of Particulars (Dkt. Nos. 10, 21 & 28);

- Based on the facts set forth in Special Agent Geoffrey Provenzale's affidavit, there is probable cause to believe this property is subject to forfeiture in this case; and,

- To ensure this property remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1)(A), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining this property pending the conclusion of this case is GRANTED; and,

2. This property shall remain in the custody of the United States, to include its federal agencies, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this 9th day of February, 2018.

Thomas S. Zilly
United States District Judge

Protective Order Restraining Two Firearms and Two Sums of Currency - 2
*U.S. v. Troy R. Johnson,* CR17-215-TSZ

1

2  Presented by:

3

4
       */s Michelle Jensen*
5  MICHELLE JENSEN
   Assistant United States Attorney
6  United States Attorney's Office
7  700 Stewart Street, Suite 5220
   Seattle, WA  98101-1271
8  (206) 553-2242
9  Michelle.Jensen@usdoj.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Protective Order Restraining Two Firearms and Two Sums of Currency - 3
*U.S. v. Troy R. Johnson,* CR17-215-TSZ