UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>TROY R. JOHNSON,<br><br>                Defendant,<br><br>and,<br><br>JACQUELYNE C. WOOD,<br><br>                Third-Party Claimant. | No. CR17-215-TSZ<br><br>**ORDER SETTING DISCOVERY SCHEDULE, A MOTIONS DEADLINE AND A HEARING DATE FOR JACQUELYNE WOOD'S CLAIM TO TWO FIREARMS** |

      THIS MATTER comes before the Court on the United States' Request for a Scheduling Order to Govern Jacquelyne Wood's Claim to Two Firearms ("Request"), docket no. 58.

      The Court, having reviewed the United States' Request, Jacquelyne Wood's Claim (Dkt. No. 57), and the other papers and pleadings filed in this matter, hereby FINDS entry of an order setting a discovery schedule, a motions deadline, and a hearing date is appropriate. The Court may permit discovery and entertain motions related to a third-party claim pursuant to Fed. R. Crim. P. 32.2(c)(1) and, to the extent an evidentiary

Order Setting Discovery Schedule, Motions Deadline and Hearing Date - 1
*U.S. v. Troy R. Johnson,* CR17-215-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

hearing on a third-party claim is required, the Court conducts that hearing pursuant to 21 U.S.C. § 853(n)(2) & (4)-(6).

NOW, THEREFORE, THE COURT ORDERS:

1) The United States and Jacquelyne Wood ("the Parties") may engage in discovery related to Ms. Wood's claim. The discovery period closes on **November 6, 2018**;

2) Thereafter, the Parties shall file any dispositive motions no later than **December 6, 2018**; and,

3) If necessary, an evidentiary hearing will be scheduled on any claim.

IT IS SO ORDERED.

DATED this 7th day of September, 2018.

_____
Thomas S. Zilly
United States District Judge

Presented by:

 /s Michelle Jensen
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

Order Setting Discovery Schedule, Motions Deadline and Hearing Date - 2
*U.S. v. Troy R. Johnson,* CR17-215-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970