UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>TROY R. JOHNSON,<br><br>        Defendant,<br>And,<br><br>JACQUELYNE WOOD,<br><br>        Third-Party Claimant. | No. CR17-215-TSZ<br><br>**STIPULATION AND ORDER SETTLING THIRD-PARTY CLAIM TO FIREARMS** |

    The United States and third-party claimant Jacquelyne Wood present the following stipulation and proposed order to settle the interest Ms. Wood has asserted in the .22 caliber Kel-Tec pistol and .22 caliber Savage Arms short barrel rifle that were forfeited by the Defendant in this case.

Stipulation and Order Settling Third-Party Claim to Firearms - 1
*U.S. v. Troy R. Johnson,* CR17-215-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## I. RELEVANT PROCEDURAL FACTS

The Defendant in this case agreed to forfeit two firearms pursuant to the plea he entered on March 14, 2018 (Dkt. No. 43). Prior to the Defendant's sentencing, the Court entered a preliminary order forfeiting his interest in those firearms (Dkt. No. 51). Thereafter, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the preliminary order of forfeiture and its intent to dispose of the firearms in accord with governing law (Dkt. No. 52). That notice informed any third parties claiming an interest in the firearms they were required to file a petition with the Court within 60 days of the notice's first publication on June 10, 2018 (*Id.*). As required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States also sent notice and a copy of the preliminary order to four individuals who appeared to be potential claimants based on the underlying investigative material, including Ms. Wood. As provided by 21 U.S.C. § 853(n)(2), this direct notice advised that if the recipients wanted to assert an interest in either of the firearms, they were required to file a petition within 30 days of receiving it. Three of those direct notices were delivered on August 10, 2018, and the fourth was returned from both known addresses.

On September 6, 2018, Ms. Wood filed a claim to both of the firearms (Dkt. No. 57). In her claim, Ms. Wood asserts she is their rightful owner, as they belonged to her deceased father, Nathanial Davis, Sr., and she is the administrator for his estate (*Id.*).

No competing claims to the firearms have been filed, and the periods for doing so have expired – on August 9, 2018 for the published notice, and on September 9, 2018 for the direct notices.

## II. STIPULATION

The United States and Ms. Wood HEREBY STIPULATE to the following facts:

1. Ms. Wood reports these firearms were stolen from her father's home in

Stipulation and Order Settling Third-Party Claim to Firearms - 2
*U.S. v. Troy R. Johnson,* CR17-215-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Tacoma, Washington in March 2017. She reports her father was in the hospital at the time and never returned home before his death. Ms. Wood has asked the Pierce County Sheriff's Office to provide her with a copy of the report reflecting the break-in, but she has not yet received it. The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has provided eTrace reports for both firearms, reflecting their last purchase through a federally licensed firearms dealer. The eTrace report for the .22 caliber Kel-Tec pistol reflects Ms. Wood's father purchased that pistol from a licensed gun shop in Tacoma on July 22, 2010. The eTrace report for the .22 caliber Savage Arms short barrel rifle, however, reflects it was purchased by a different individual from a licensed gun shop in Enumclaw, Washington in 1979. The eTrace reports, in other words, establish that Ms. Wood's father was the rightful owner of the pistol, but he was <u>not</u> the rightful owner of the rifle.

2. Ms. Wood affirms the information reflected in Paragraph 1 is true and correct. She also affirms that no one living in her residence is prohibited from possessing a firearm.

3. Based on the information reflected in Paragraph 1, the United States agrees that Ms. Wood's father, Nathanial Davis, Sr., had a vested interest in the pistol, as recognized in 21 U.S.C. § 853(n)(6)(A), before the Defendant in this case possessed it.

4. Based on the information reflected in Paragraph 1, Ms. Wood recognizes the .22 caliber Savage Arms short barrel rifle did not belong to her father and withdraws her claim to the rifle.

5. Based on the information reflected in Paragraph 1, and Ms. Wood's affirmation in Paragraph 2, the United States recognizes Mr. Davis' vested interest in the pistol and agrees it will return it to Ms. Wood, as the administrator of his estate. Ms. Wood understands the pistol constitutes evidence in this case and cannot be returned before these criminal proceedings, to include any criminal appeal, are completed. The

Stipulation and Order Settling Third-Party Claim to Firearms - 3
*U.S. v. Troy R. Johnson,* CR17-215-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

seizing agency, the Drug Enforcement Administration, will effect the return of the pistol to Ms. Wood.

6. Ms. Wood understands and agrees the pistol will be returned in its current condition, as it was seized from the Defendant in this case.

7. Ms. Wood understands and agrees that this stipulation fully and finally resolves her claim to the pistol and the rifle. Ms. Wood waives any right to further litigate or pursue her claim, in this or any other proceeding, judicial or administrative.

8. Upon return of the pistol, Ms. Wood agrees to release and hold harmless the United States and any involved state or local law enforcement agencies, their agents, representatives, and/or employees, from any and all claims she may possess, or that could arise, based on the seizure, detention, and return of the pistol.

9. The United States and Ms. Wood agree they will each bear their own costs and attorney's fees associated with the seizure, detention, and return of the pistol, as well as Ms. Wood's claim and this stipulation. Ms. Wood expressly waives any right to seek attorneys' fees pursuant to 28 U.S.C. § 2465.

10. Ms. Wood understands that, after this stipulation is filed, the United States will be moving to finally forfeit the rifle, to which Ms. Wood's has withdrawn her claim.

11. In light of this stipulation, the United States and Ms. Wood agree the Court may strike the scheduling deadlines set in the minute order it entered on September 7, 2018 (Dkt. No. 59).

12. The United States and Ms. Wood agree the terms of this stipulation are subject to review and approval by the Court, as provided in the proposed order below. If

///

///

Stipulation and Order Settling Third-Party Claim to Firearms - 4
*U.S. v. Troy R. Johnson,* CR17-215-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the Court enters the proposed order, a violation of any term or condition of this stipulation shall be construed to be a violation of that order.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

DATED: 10/29/18

*/s Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

DATED:

*/s Jacquelyne Wood*
JACQUELYNE WOOD
Third-Party Claimant
2905 44th Street NE
Tacoma, WA 98422
jaydub2905@hotmail.com

///

///

Stipulation and Order Settling Third-Party Claim to Firearms - 5
*U.S. v. Troy R. Johnson,* CR17-215-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **ORDER**

The Court has reviewed the above stipulation between the United States and third-party claimant Jacquelyne Wood, which settles the interest Ms. Wood has asserted in the .22 caliber Kel-Tec pistol and .22 caliber Savage Arms short barrel rifle (Dkt. No. 57) that have already been forfeited by the Defendant in this case (Dkt. No. 51). The Court hereby APPROVES the stipulation and its terms.

In light of this stipulation, the Court STRIKES the scheduling dates set in the minute order it entered on September 7, 2018 (Dkt. No. 59).

IT IS SO ORDERED.

DATED this 29th day of October, 2018.

_____
Thomas S. Zilly
United States District Judge

Stipulation and Order Settling Third-Party Claim to Firearms - 6
*U.S. v. Troy R. Johnson,* CR17-215-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970