UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TROY R. JOHNSON,<br><br>Defendant. | NO. CR17-215-TSZ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. $33,138 in U.S. currency seized at the Defendant's residence in Snohomish, Washington on August 24, 2017;

2. $15,100 in U.S. currency retrieved from the Defendant's residence by one of his associates following his arrest and surrendered on August 30, 2017; and,

3. One Savage Arms Model 73, .22 caliber short barrel rifle, serial number C625355, and all associated ammunition.

The Court, having reviewed the United States' Motion, as well as the other the papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

Final Order of Forfeiture - 1
*U.S. v. Troy R. Johnson*, CR17-215-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On June 4, 2018, the Court entered a Preliminary Order of Forfeiture finding this property forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1) and forfeiting the Defendant Troy R. Johnson's interest in it (Dkt. No. 51);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 52) and provided direct notice to identified potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Michelle Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exs. A - D); and,

- One third-party claim was filed; the United States recognized and settled that claim; and, the Court approved the settlement agreement (Dkt. Nos. 57 & 62); and,

- No other third-party claims were filed, and the time for doing so has expired.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

///

///

Final Order of Forfeiture - 2
*U.S. v. Troy R. Johnson*, CR17-215-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States and/or its representatives are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 20th day of November, 2018.

*(signature)*

Thomas S. Zilly
United States District Judge

Presented by:

 */s Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
*U.S. v. Troy R. Johnson*, CR17-215-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970